# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jerry Lee Holstad

Plaintiff

v.

Brown County Sheriff, Scott County Sheriff, Scott County District Court, State of Minnesota

Defendants

Case No. Civil 00-1922 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's petition for a writ of habeas corpus is denied.

DATE: November 9, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk